**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

April 1, 2024

**JANE DOE M.K. V. SALESFORCE.COM INC ET AL**
Case # 2:24–cv–00435

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature – Secondary Attorney(s)**
> The secondary attorney(s) Stephen J. Hill indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Stephen J. Hill as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section III(L) of the Electronic Filing Procedures.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file