1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

JANE DOE M.K.,

Plaintiff(s),

9

v.

10

SALESFORCE.COM INC et al.,

11
12

Defendant(s).

CASE NO.
2:24−cv−00435−TL

STANDING ORDER REGARDING
28 U.S.C. § 455 AND CANON 3 OF
THE CODE OF CONDUCT FOR
UNITED STATES JUDGES

13   The Court issues this Standing Order for purposes of compliance with 28 U.S.C. §
14   455 and Canon 3 of the Code of Conduct for United States Judges. 28 U.S.C. § 455(b)
15   and Canon 3 both require disqualification of a judge where "...a lawyer with whom the
16   judge previously practiced law served during such association as a lawyer concerning the
17   matter or ... has been a material witness."

18   Out of an abundance of caution, the Court directs the parties to notify it if any
19   laywer at Keller Rohrback L.L.P. (including lawyers who subsequently departed the
20   firm) served as a lawyer concerning either the above−captioned matter or any materially
21   related matter at any time between August 2004 and November 2021. If no Keller
22   Rohrback lawyer has served as counsel in this case or any materially related matter
23   during the relevant time period, no response to this Standing Order is required.

24   If notice is required pursuant to this Standing Order, it shall be submitted to
25   Kadya Peter at kadya_peter@wawd.uscourts.gov within seven days of receipt of this
26   Order. However, any defendant in a qui tam case may submit its notification within

fourteen days of the later of (1) its appearance in the case; (2) the date that the operative

complaint is unsealed; or (3) receipt of this Standing Order. Any required notifications

may also be filed with this Court under seal using the CM/ECF system.

In newly filed or sealed cases, plaintiff's counsel (or plaintiff, if pro se) is directed

to serve copies of this Order on any parties who appear after this Order is filed. Such

service shall be accomplished within ten (10) days after each appearance.

If this case was assigned to this Court after being removed from state court, the

Defendant(s) who removed the case must serve this Order on all other parties.


DATED: The 2nd of April 2024


_____

Tana Lin
United States District Judge