UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE M.K., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SALESFORCE.COM, Inc., BACKPAGE.COM, LLC, CARL FERRER, MICHAEL LACEY, JOHN BRUNST,, SCOTT SPEAR, VEER HOSPITALITY PHOENIX LLC, SEATAC HOTELS, LLC, EVERGREEN LODGING GROUP, LLC, MADISON AVENUE P&L ENTERPRISES, Inc., G6 HOSPITALITY, L.L.C., G6 HOSPITALITY IP, L.L.C., G6 HOSPITALITY PROPERTY, L.L.C., G6 HOSPITALITY PURCHASING, L.L.C., G6 HOSPITALITY FRANCHISING, L.L.C. MOTEL 6, INC., OPERATING, L.P.; and DOES 1-200, inclusive,<br><br>Defendants. | No. 2:24-CV-00435<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT VEER HOSPITALITY PHOENIX LLC'S MOTION TO EXTEND DEADLINE TO FILE AN ANSWER |

THIS MATTER, having come before the Court on Defendant Veer Hospitality Phoenix LLC's Motion to Extend Deadline to File an Answer ("Defendant's Motion"), the Court being fully advised in the premises, having reviewed the case file and pleadings contained therein, and having considered the following:

[~~PROPOSED~~] ORDER GRANTING DEFENDANT VEER HOSPITALITY PHOENIX LLC'S MOTION TO EXTEND DEADLINE TO FILE AN ANSWER - 1

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100

1. Defendant's Motion.

2. Declaration of Todd A. Bowers in Support of Defendant's Motion.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion is **GRANTED.** The deadline for Defendant Veer Hospitality Phoenix LLC to file an answer to Plaintiff's Complaint shall be extended to July 1, 2024.

Dated this 20th of June 2024.

_____
HONORABLE TANA LIN

Presented By:

GORDON REES SCULLY MANSUKHANI, LLP

*S/Todd A. Bowers*
By: _____
Todd A. Bowers, WSBA #24638
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5135
Fax: (206) 689-2822
tbowers@grsm.com

[~~PROPOSED~~] ORDER GRANTING DEFENDANT VEER HOSPITALITY PHOENIX LLC'S MOTION TO EXTEND DEADLINE TO FILE AN ANSWER - 2

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States of America on this date, the foregoing document was filed electronically with the United States District Court's CM/ECF system, and thus served simultaneously upon all counsel of record.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of June, 2024.

*s/Julie Larm-Bazzill*
Julie Larm-Bazzill, Legal Assistant
Email: jlarm-bazzill@grsm.com

[PROPOSED] ORDER GRANTING DEFENDANT VEER HOSPITALITY PHOENIX LLC'S MOTION TO EXTEND DEADLINE TO FILE AN ANSWER - 3

GORDON REES SCULLY MANSUKHANI, LLP
Attorneys at Law
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
(206) 695-5100