Judge Tana Lin

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JANE DOE M.K., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Salesforce.com, Inc., Backpage.com, LLC, Carl Ferrer, Michael Lacey, John Brunst,, Scott Spear, Veer Hospitality Phoenix LLC, SeaTac Hotels, LLC, Evergreen Lodging Group, LLC, Madison Avenue P&L Enterprises, Inc., G6 Hospitality, L.L.C., G6 Hospitality IP, L.L.C., G6 Hospitality Property, L.L.C., G6 Hospitality Purchasing, L.L.C., G6 Hospitality Franchising, L.L.C. Motel 6, Inc., Operating, L.P.; and DOES 1-200, inclusive,<br><br>Defendant. | Case No. 2:24-cv-00435<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO SEAL<br><br>Note of Motion Calendar:<br>  October 3, 2025 |

After full consideration of the parties' joint motion, the Court finds good cause to **GRANT** the parties' Joint Motion to Seal. Accordingly, **IT IS HEREBY ORDERED**:

1. G6 Defendants' Motion to Compel (Dkt. 127) is sealed as well as its attached Exhibit A. **IT IS SO ORDERED.**

Dated: October 6th, 2025

Signed: _____

The Hon. Tana Lin

United States District Judge